

FILED
October 06, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003818111

ALLAYE CHAN LAW GROUP
Richard Allaye Chan Jr., SBN: 176416
1000 G Street, Suite 220
Sacramento, California 95814
Tel: (916) 446-4400

Attorneys for Debtor
RONALD ALLEN BIOCIC

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>RONALD ALLEN BIOCIC,<br><br>    Debtor. | ) Case No.: 11-41067-C-7<br>)<br>) Chapter 7<br>)<br>) DCN: RAC - 01<br>)<br>)<br>)<br>) **MOTION FOR ORDER COMPELLING TRUSTEE TO ABANDON DEBTOR'S BUSINESS AS ASSET OF ESTATE [11 USCS §§ 554(b), 721]**<br>)<br>)<br>)<br>)<br>) Date: November 8, 2011<br>) Time: 9:30 a.m.<br>) Courtroom: 35, 6th Floor<br>) Honorable Judge Christopher Klein<br>) |

**MOTION FOR ORDER COMPELLING TRUSTEE TO ABANDON DEBTOR'S
BUSINESS AS AN ASSET OF THE ESTATE**

Debtor RONALD ALLEN BIOCIC, by and through his attorney of record Richard Allaye Chan, Jr., will and hereby does bring a Motion to Compel Trustee to Abandon The Estate's Interest

in Debtor's Business ("Motion") pursuant to 11 U.S.C.S. §§554(b) and 721 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 6007(b).

By this motion Debtor requests that the Court enter an order compelling the Chapter 7 Trustee to abandon the bankruptcy estate's interest in Debtor's business on the following grounds:

1. Debtor's business does not possess or own any assets that might be liquidated for value to benefit creditors and is therefore of inconsequential benefit to the estate, and;

2. The retention and operation of the business by the Trustee would be burdensome and costly to the estate and the creditors thereof.

Said grounds will be supported by this notice of motion, by the motion filed herewith, by the pleadings and papers on file in this bankruptcy case, memorandum of points and authorities herein, declaration in support of this motion and exhibits, if any, filed herewith, and by such oral and documentary evidence as the Court may permit upon the hearing of this motion.

Dated: October 6, 2011         /s/ Richard Allaye Chan Jr.
                                Richard Allaye Chan Jr.
                                Attorney for Debtor